# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL MCINERNEY,

    Petitioner,

vs.

DONALD HELLING, et al.,

    Respondents.

Case No. 3:07-CV-00037-LRH-(RAM)

**ORDER**

    IT IS HEREBY ORDERED that the Court need take no action upon Petitioner's Motion for Status Check (#10).

    DATED this 30th day of March, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE