# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL MCINERNEY,

    Petitioner,

vs.

DONALD HELLING, et al.,

    Respondents.

Case No. 3:07-CV-00037-LRH-(RAM)

**ORDER**

    Petitioner has submitted another Motion for Appointment of Counsel (#23). He has not presented anything that the Court did not already consider when it denied his first Motion for Appointment of Counsel (#9).

    Petitioner has also submitted a Request for Submission (#21), based upon the lack of a timely response to the Petition (#8). However, the Court has granted Respondents an enlargement of time to respond by June 25, 2007. Order (#20)

    IT IS THEREFORE ORDERED that Petitioner's Motion for Appointment of Counsel (#23) is **DENIED**.

    IT IS FURTHER ORDERED that Petitioner's Request for Submission (#21) is **DENIED**.

    DATED this 20th day of June, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE