AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

MICHAEL MCINERNEY,

    Petitioner,

V.

DON HELLING, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:07-CV-00037-LRH-(RAM)**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Dkt #8) is **DENIED**.

  March 25, 2009                                            **LANCE S. WILSON**
                                                                       Clerk

                                                                    /s/ P. McDonald
                                                                    Deputy Clerk